

Peter J. Caramanis
*Attorney at Law*
pcaramanis@rc.law
200-C Garrett Street
Charlottesville, VA 22902
(434) 260-8767 ■ Fax (434) 710-4061

COLLISON F. ROYER
PETER J. CARAMANIS
JESSICA F. PHILLIPS
ERNEST A. HARPER
CHRISTIAN A. PATRIZIA

SAMANTHA V. RICCI
PHILLIP D. WILLIAMS
JEREMY K. DAVIS

TIMOTHY I. KELSEY
OF COUNSEL

April 2, 2025

Roya Vasseghi, Esq.
Vasseghi Law Group
9663-D Main St.
Fairfax, VA 22030
Via Email – roya@vasseghilaw.com

    RE:    Lynch v. A and A Transportation Services, Inc., et al.
             U.S. Dist. Ct., W.D.Va. Civil Action No. 3:24-cv-00081

Dear Roya:

    This letter responds to your various subpoenas for documents to the following "entities," each of whom I represent: (1) A & A Limo, LLC, (2) A and A Executive Transportation Services, Inc., (3) A and A Limousine Service, LLC, and (4) A and A Limousine. Please see the responses for each request, indicated below (numbers correspond to subpoena requests):

### A & A Limo, LLC

1. None
2. None
3. None
4. None. A copy of the FEIN letter showing Linsie Adderley as sole member is attached.

### A and A Executive Transportation Services, Inc.

1. None
2. None
3. None
4. None. A copy of the SCC record showing shareholders are Linsie and Kimberley Adderley is attached.

### A and A Limousine Service, LLC

1. A copy of the vehicle registration for the bus involved in the shooting is attached
2. A copy of pay stubs for Charles Howard for the relevant period are attached.
3. A copy of the contract with UVA and related documents are attached.
4. None. Governing documents are attached showing members are Linsie and Kimberly Adderley.

### A and A Limousine

"A and A Limousine" is not a stand-alone entity. It is shown in legacy SCC records as being a fictitious name for A and A Executive Transportation Services, Inc., but is not used in that manner. It is more often used informally as a shorthand reference to A and A Limousine Service, LLC. No records exist in relation to this name which are responsive to the document requests other than those which are provided in connection with the entities above.

Very truly yours,

Peter J. Caramanis

Enclosures



A and A Limousine Service, LLC
677 Berkmar Ct
Charlottesville VA 22901

Pay Stub Detail
PAY DATE: 11/15/2022
NET PAY: $279.69

*Charles Howard
43 Woodlake Dr
Charlottesville VA 22901

**EMPLOYER**
A and A Limousine Service, LLC
677 Berkmar Ct
Charlottesville VA 22901

**PAY PERIOD**
Period Beginning: 11/06/2022
Period Ending: 11/12/2022
Pay Date: 11/15/2022
Total Hours: 10.00

**EMPLOYEE**
*Charles Howard
43 Woodlake Dr
Charlottesville VA 22901

**NET PAY:** $279.69

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 10.00 | 13.00 | 130.00 | 6,982.25 |
| Vacation | - | - | 0.00 | 412.50 |
| Office Work | - | 20.00 | 0.00 | 1,218.75 |
| Sedan | - | - | 0.00 | 1,711.00 |
| LIMO | - | - | 0.00 | 524.25 |
| Per Linsie | - | - | 0.00 | 5,166.25 |
| Tips | - | - | 195.75 | 4,609.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 15.94 | 1,948.16 |
| Social Security | 20.20 | 1,278.70 |
| Medicare | 4.72 | 299.05 |
| VA Income Tax | 5.20 | 813.11 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $325.75 | $20,624.20 |
| Taxes | $46.06 | $4,339.02 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$279.69** | |

A and A Limousine Service, LLC
677 Berkmar Ct
Charlottesville VA 22901

Pay Stub Detail
PAY DATE: 11/08/2022
NET PAY: $275.94

*Charles Howard
43 Woodlake Dr
Charlottesville VA 22901

---

**EMPLOYER**
A and A Limousine Service, LLC
677 Berkmar Ct
Charlottesville VA 22901

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 10/30/2022 |
| Period Ending: | 11/05/2022 |
| Pay Date: | 11/08/2022 |
| Total Hours: | 10.25 |

**EMPLOYEE**
*Charles Howard
43 Woodlake Dr
Charlottesville VA 22901

**NET PAY:** $275.94

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 10.25 | 13.00 | 133.25 | 6,852.25 |
| Vacation | - | - | 0.00 | 412.50 |
| Office Work | - | 20.00 | 0.00 | 1,218.75 |
| Sedan | - | - | 0.00 | 1,711.00 |
| LIMO | - | - | 0.00 | 524.25 |
| Per Linsie | - | - | 0.00 | 5,166.25 |
| Tips | - | - | 192.00 | 4,413.45 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 15.89 | 1,932.22 |
| Social Security | 20.16 | 1,258.50 |
| Medicare | 4.72 | 294.33 |
| VA Income Tax | 8.54 | 807.91 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $325.25 | $20,298.45 |
| Taxes | $49.31 | $4,292.96 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$275.94** | |

 **VIRGINIA MOTOR VEHICLE REGISTRATION**    VSA-O (REV 07/12)

| Title Number | Veh. Identification Number (VIN) | Date Issued | Plate Number | Plate Type | Sticker | Expiration Date |
|---|---|---|---|---|---|---|
| 1404422558 | 1M8TRMPA1YP061189 | 06/21/18 | AAO30 | PHIRE | | 04/30/20 |

| Vehicle Make | Model | Body | | Year | Color | Fuel | Vehicle Use | Axles |
|---|---|---|---|---|---|---|---|---|
| MCI | 102EL3 | BUS | | 2000 | WHI/BLK | DESL | FOR HIRE | 3 |

| Purchase Date | Odometer at Titling | Lien at Reg | EW | GW | GVWR | GCWR | Unit # | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/02/18 | EXEMPT | Y | 38000 | | | 38000 | | LIST#: | R568948 |

A AND A LIMOUSINE SERVICE LLC
677 BERKMAR CT
CHARLOTTESVILLE VA 22901-1406

CONTRCT PASSNGR # 734

GREENE COUNTY     CMA 364
                  364CLG



This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle.

Attachment 2:

Award Agreement

This Agreement, effective February 5, 2018, is by and between the Rector and Visitors of the University of Virginia, (the "University") and Hand H Limousine ("Selected Firm").

**TERM**

The term of this Agreement will be for two (2) years effective upon execution of this Agreement, with the ability to renew on the same or similar terms and conditions, for four (4) additional two (2) year periods until 2027. Unless otherwise determined by the University or Selected Firm, this Agreement will automatically renew without intervention between the University and Selected Firm. The University and Selected Firm reserve the right to negotiate price of Services on a biennial basis.

**WITNESS**

By its Request for Proposal (RFP) KC092217 for Chauffeured Ground Transportation Services dated September 22, 2017, the University requested proposals from firms to provide Chauffeured Ground Transportation Services (the "Services"). The parties, having negotiated concerning the Services wish to express in this Agreement the basis on which the Selected Firm will provide the Services to the University. Accordingly, and in consideration of the mutual premises and provisions hereof, the parties hereby agree as follows:

1. Contents

    These documents are hereby incorporated into this Agreement:

    A.  The RFP dated September 22, 2017; and

    B.  Selected Firm's proposal in response to the RFP

To the extent that the terms of the various Agreement documents are in conflict, the terms of this Agreement and the RFP will prevail over all other Agreement documentation.

**Please Note:**

1) Attachment 2; Award Agreement, is the Master Agreement between the University and Selected Firm. Once completed, further negotiations will be comprised of final terms and pricing of Services only.

2) Terms that contain a check box must be checked for proposal acceptance.

| I. | **CONDITIONS OF AWARD** |
|---|---|

Please check each box below confirming the Selected Firm's agreement with the following mandatory conditions of award. All questions should be directed towards:

Kevin Crabtree / kc5yc@virginia.edu.

**Contractual Provisions**

The firm agrees to the following terms and conditions: Alterations will NOT be accepted to Mandatory or the Purchasing Terms and Conditions. Alterations to Preferred Contractual Provisions are to be expressed in the appropriate location.

☑ Selected Firm agrees to the University's Mandatory Contractual Provisions:

http://www.procurement.virginia.edu/main/publicpostings/rfp/mandatoryprovisions.pdf

☑ Selected Firm agrees to the University of Virginia Purchasing Terms & Conditions: http://www.procurement.virginia.edu/pagepterms

☑ Selected Firm agrees to the University's Preferred Contractual Provisions:

http://www.procurement.virginia.edu/main/publicpostings/rfp/preferredprovisions.pdf

If a firm has any modifications to any of the Preferred Contractual Provisions you must submit a separate document with your proposal titled "Firm Name - Contractual Provisions Addendum" with the proposed contractual provision modifications listed/numbered to correspond with how the provisions are listed in the hyperlinks within this document. This document must be a Word document. The University reserves the right to accept, reject, or modify the proposed modifications. Please be advised that any requested modification to the contractual provisions could delay and/or impact an award to a firm. If the firm does not submit a separate addendum, then the proposal from the firm will

11

automatically be deemed to include University Contractual Provisions. The University will NOT accept alterations to Mandatory Contractual Provisions or Purchasing Terms & Conditions.

- ☑ Selected Firm agrees to the University's Procedure for Resolution of Contractual Claims:

  http://www.procurement.virginia.edu/main/publicpostings/rfp/resolution.pdf

- ☑ Selected Firm agrees to register as a vendor with the University of Virginia:

  https://www.procurement.virginia.edu/pagevendorregistrationform

- ☑ Selected Firm agrees it will provide annual (January to December) spend reports for all entities accessing this Agreement. Annual spend report will be sent to Kevin Crabtree / kc5yc@virginia.edu.

### Service Safety

- ☑ The Selected Firm will provide vehicles that will be clean, have a valid state inspection sticker, and meet all federal, state, and local safety requirements.
- ☑ The Selected Firm will comply with the Americans with Disabilities Act, or the specific requirements of the traveler.
- ☑ The Selected Firm will maintain proper licensing through the Virginia Department of Motor Vehicles for passenger transportation and comply with all laws and regulations set by the National Highway Traffic Safety Administration.
- ☑ The Selected Firm agree to not quote or issue 15-passenger van – this is a Virginia risk management decision.
- ☑ The Selected Firm will maintain vehicle maintenance records.
- ☑ The Selected Firm will have a corporate background check policy that includes a criminal background check and DMV check.
- ☑ The Selected Firm will have an accident review committee that will investigate and review all accidents.
- ☑ For Charter Bus Firms Only:

  **The Selected Firm will maintain a "Satisfactory" safety rating per the Federal Motor Carrier Safety Administration:**

12

https://www.fmcsa.dot.gov/safety/passenger-safety/search-results/by-company?company.

### Purchasing and Payment

- [x] The Selected Firm will not require a prepayment or deposit.

- [x] The Selected firm will not require the University sign any separate agreements. Order Confirmation sheets should be used summarizing specific orders showing transportation service details and contracted prices – no terms or conditions should be listed.

- [x] The Selected Firm is registered in the Commonwealth of Virginia's electronic procurement system, eVA (Information on eVA can be found at: http://www.eva.virginia.gov).

| eVa Registration Number: | |
|---|---|

- [x] **The Selected Firm agrees to the following PCI DSS Compliance requirements.** Selected Firm or its subcontractors may accept credit card payments from the University and third parties (i.e. students, parents, etc.) for the Services described in this RFP. Selected Firm acknowledges and agrees that it is responsible for the security of any cardholder data that it, or its subcontractors, processes, transmits, and stores. Selected Firm will take all necessary commercially reasonable steps designed to ensure such compliance; such as, but not limited to, only truncated card information will be provided on the sales slip provided to the cardholder; all merchant sales slip copies will be physically protected against unauthorized access; any media device storing cardholder information (e.g. wireless terminal) will be physically protected against loss, theft or unauthorized access; and hardcopy cardholder data will be destroyed before physically disposed of. Selected Firm will maintain appropriate documentation of: (1) their processing level (Level 1-4) including certification of compliance and certification of compliance for all point-of-sale software or internal processing systems that they may employ; and (2) completed quarterly Network Scans and annual Penetration Tests of the cardholder data network (as defined in PCI DSS) for those Firms required to perform such scans. Selected Firm further agrees to

use only credit card service providers that are PCI DSS compliant for credit card processing. Selected Firm will indemnify, defend and hold harmless the University and its employees, trustees, officers, and agents, from and against all damages, judgments, losses, and reasonable costs or expenses (including reasonable attorney's fee) ("Damages") arising from lawsuits, actions, claims or demands ("Claims") seeking compensation for personal injury or property damages caused by or attributable to any data security compromise occurring as a result of Selected Firm or Selected Firms' subcontractors negligence or the breach of any of Selected Firms obligations herein

**Insurance**

Listed below is the insurance the Selected Firm must maintain under any Agreement resulting from this RFP. In no event should the Selected Firm construe these minimum required limits to be its limit of liability to the University. The Selected Firm will maintain insurance which meets or exceeds the requirements of the University with insurance companies that hold at least an A- financial rating with A.M. Best Company. Upon request from the University, The Selected Firm will provide the University with a valid Certificate of Insurance. The University reserves the right to approve any insurance proposed by the Selected Firm.

☑  For Charter Bus Firms:

- Automobile Liability: $10,000,000 each accident minimum limit of liability for all owned, hired, and non-owned vehicles.
- General Liability: $1,000,000 per occurrence minimum limit of liability. The University will be named as additionally insured. (Additional insured name: "The Commonwealth of Virginia, and the Rector and Visitors of the University of Virginia, its officers, employees, and agents")
- Workers Compensation per statutory requirement, and Employers' Liability $1,000,000 minimum limit of liability

It is agreed and understood that only vehicles scheduled and insured will be used when doing business with the University.

 For Limousine & Town Car and Taxi Firms:

14

- Automobile Liability: $1,000,000 each accident minimum limit of liability for all owned, hired, and non-owned vehicles.
- Workers Compensation per statutory requirement, and Employers' Liability $1,000,000 minimum limit of liability

It is agreed and understood that only vehicles scheduled and insured will be used when doing business with the University.

## II. FIRM INFORMATION

Please complete the following information below.

**Vendor and Contact Information**

| Vendor Legal Name: | A and A Limousine Services, LLC |
|---|---|
| Vendor Website: | www.aandalimo.com |

| Address: | 677 Berkmar Ct |
|---|---|
| City/State/Zip: | Charlottesville, VA 22901 |
| Telephone: | 434 975 5466 | Email | info@aandalimo.com |
| TIN/ EIN: | 26-2742344 |

**Vendor Contact for questions regarding this proposal**

| Name: | Linsie Adderley |
|---|---|
| Telephone: | 434 975 5466 | Email | info@aandalimo.com |

**Vendor Contact Sales Representative**

| Name: | Linsie Adderley |
|---|---|
| Telephone: | 434 975 5466 | Email | info@aandalimo.com |

15

**Vendor Contact for Invoice Information**

| Name: | Linsic Adderley | | |
|---|---|---|---|
| Telephone: | 4349755466 | Email | Info@aandalimo.com |

**Is your firm SBSD Certified?**  Yes ☑  No ☐

**If yes, which category:**  Small Business ☑  Minority-Owned ☐  Women-Owned ☐

16