CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 08, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Ryan Lynch | ) |
| and | ) |
| Kimberly Castano, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:24-cv-00081 |
| A and A Limousine Service, LLC | ) |
| and | ) |
| Charles Howard, | ) |
| Defendants. | ) |

## ORDER

This matter is **TRANSFERRED** to the Honorable Norman K. Moon, United States District Judge for the Western District of Virginia, for all further proceedings.

The Clerk is directed to send a copy of this order to all counsel of record.

**ENTERED** this 8th day of August, 2025.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE