IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
*Charlottesville Division*

| | |
|---|---|
| RYAN LYNCH and<br>KIMBERLY CASTANO,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>A and A LIMOUSINE SERVICES, LLC. *et al.*<br><br>    *Defendants*. | Civil No. 3:24-cv-00081 |

**STIPULATED DISMISSAL**

The Parties, by and through undersigned counsel hereby stipulate to dismiss this lawsuit with prejudice.

WHEREFORE, the Parties request that this lawsuit be dismissed with prejudice, Defendants agree not to seek costs and fees from Plaintiffs and Plaintiffs agree not to seek costs and fees from Defendants.

Dated: October 27, 2025

Respectfully submitted,

VASSEGHI LAW GROUP

*/s/ Terry Lynn*

Terry Lynn, Esq. (VSB No. 39926)
Law Offices of Terry Lynn PLLC
695 Bent Oaks Drive
P.O. Box 374
Earlysville, VA 22936
*Counsel for Defendant Charles Howard*

*/s/ Roya Vasseghi*

Roya Vasseghi (VSB No. 85122)
Courtney Toomath-West (*pro hac vice*)
Vasseghi Law Group
9663-D Main Street
Fairfax, Virginia 22031
Tel: 703.215.9358
roya@vasseghilaw.com

courtney@vasseghilaw.com
*Counsel for Plaintiffs*

*/s/ Peter J. Caramanis*
Peter J. Caramanis (VSB No. 43447)
ROYER CARAMANIS PLC
200-C Garrett St.
Charlottesville, VA 22902
(434) 260-8767 (phone)
(434) 710-4061 (fax)
pcaramanis@rc.law
*Counsel for Defendant A and A Limousine Services, LLC.*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/Roya Vasseghi*
Roya Vasseghi (VSB No. 85122)
VASSEGHI LAW GROUP
9663-D Main Street
Fairfax, VA 22031
(703) 215-9358 Tel.
(703) 563-7401 Fax
roya@vasseghilaw.com
